IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, ) ) ) | |
| Plaintiff, ) ) | Civil Action File No.: 1:21-cv-05123-SEG |
| v. ) ) | |
| NOVA CASUALTY COMPANY, WILLIE PERSON, JACOB HITCHCOCK, Douglas County Sheriff's Deputy in his official and individual capacities, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S COMPLAINT AND DEFENDANT NOVA CASUALTY COMPANY'S COUNTERCLAIM AND CROSSCLAIMS

Plaintiff, through counsel, pursuant to the provisions of Rule 41(a)(1)(ii), hereby dismisses its complaint against the Defendants without prejudice and with the consent of Defendants.

Defendant Nova Casualty Company, through counsel, pursuant to the provisions of Rule 41(a)(1)(ii), hereby dismisses without prejudice its counterclaim against Plaintiff and Crossclaims against Defendants Willie Person and Jacob Hitchcock.

1

Each party shall pay their own costs.

Respectfully submitted this the 14th day of September 2022.

        <u>/s/ Michael J. Rust</u>
        Michael J. Rust
        Georgia Bar No. 621257
        Nicole C. Leet
        Georgia Bar No. 133044
        Attorneys for Plaintiff
        **Gray, Rust, St. Amand,**
        **Moffett & Brieske, L.L.P.**
        950 East Paces Ferry Road
        Suite 1700 – Salesforce Tower Atlanta
        Atlanta, Georgia 30326
        404-870-7375 (Rust)
        404-870-7434 (Leet)
        404 870-7374 fax
        e-mail: mrust@grsmb.com
                nleet@grsmb.com

CONSENTED TO BY:

<u>/s/ Leslie J. Suson</u>
w/e/p by Michael J. Rust
Michael V. Coleman
Georgia Bar No. 177635
Leslie J. Suson
Georgia Bar No. 1412162
Attorneys for Defendant
Jacob Hitchcock
**Thompson Hine L.L.P.**
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
404-541-2972
404-541-2905 fax
Michael.Coleman@ThompsonHine.com
Leslie.Suson@ThompsonHine.com

<u>/s/ Stephanie F. Glickauf</u>
<u>w/e/p by Michael J. Rust</u>
Stephanie F. Glickauf
Georgia Bar No. 257540
Attorney for Defendant
Nova Insurance Company
**Goodman McGuffey LLP**
3340 Peachtree Road NE, Suite 2100
Atlanta, Georgia 30326-1084
404-264-1500
404-264-1737 fax
sglickauf@GM-LLP.com

<u>/s/ Jameson Sackey</u>
<u>w/e/p by Michael J. Rust</u>
Jameson Sackey
Georgia Bar No. 548648
Attorneys for Defendant
Willie Person
**Monge & Associates**
8205 Dunwoody Place
Building 19
Atlanta, Georgia 30350
800-899-5750
jameson@monge.lawyer

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NOVA CASUALTY COMPANY, )<br>WILLIE PERSON, JACOB )<br>HITCHCOCK, Douglas County Sheriff's )<br>Deputy in his official and individual )<br>capacities, )<br>)<br>Defendants. ) | Civil Action File No.:<br>1:21-cv-05123-SEG |

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

This 14th day of September, 2022.

                                                                Respectfully submitted,

                                                                /s/ Michael J. Rust
                                                                Michael J. Rust
                                                                Georgia Bar No. 621257

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>NOVA CASUALTY COMPANY, WILLIE PERSON, JACOB HITCHCOCK, Douglas County Sheriff's Deputy in his official and individual capacities,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action File No.:<br>) 1:21-cv-05123-SEG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2022, copies of **STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S COMPLAINT AND DEFENDANT NOVA CASUALTY COMPANY'S COUNTERCLAIM AND CROSSCLAIMS** were electronically served with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

Stephanie F. Glickauf
Goodman McGuffey LLP
3340 Peachtree Road NE
Suite 2100

5

Atlanta, GA 30326-1084

Jameson Sackey
Monge & Associates
8205 Dunwoody Place
Building 19
Atlanta, Georgia 30350

Michael V. Coleman
Leslie J. Suson
Thompson Hine LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326

This 14th day of September, 2022.

/s/ Michael J. Rust
Michael J. Rust
Georgia Bar No. 621257
Attorney for Plaintiff